HERRMANN HERSKOWITZ, Appellant, v. ANNA I. FELDMAN and IRVING J. FELD-MAN, Respondents.— Judgment dismissing complaint upon the merits modified by striking out the words " upon the merits " and substituting therefor the words " without prejudice." As the dismissal was because of failure of proof, findings of fact were unnecessary, and the findings of fact are vacated; and the conclusion of law is modified by providing that the dismissal is without prejudice. As so modified, the judgment is unanimously affirmed, without costs. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

HOWARD HUTCHINSON, an Infant, by JOHN GILLEO, His Guardian ad Litem, Respondent, v. WILLIAM JAYCOX, Appellant.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.

In the Matter of the Estate of CHARLES BUHRE, Deceased. GEORGE BUHRE, Respondent; MATILDA LOH, Appellant.— Decree of the Surrogate's Court of Kings county affirmed, with costs payable out of the estate. No opinion. Rich, Manning, Young and Lazansky, JJ., concur; Kelly, P. J., dissents upon the ground that the appellant proved the gift by a fair preponderance of the evidence.

ESTELLE M. KNAPP, Respondent, v. CLYDE D. KNAPP, Appellant.— Order denying defendant's motion to be discharged from imprisonment and for modification of final judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ., concur.

JOHN A. LANGEL, Respondent, v. IRVING W. HURWITZ and Others, Defendants. ISIDOR BETZ, Appellant.— Order denying motion to dismiss the complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ., concur.

LARMUS CONSTRUCTION CORPORATION, Respondent, v. ALBERT LUBART, Appellant.— Order and determination of the Appellate Term, reversing a judgment of the Municipal Court, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ.

HELEN LAWSON, Respondent, v. HAROLD DAVID LAWSON, Appellant.— Order denying motion to strike out certain allegations of the complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ., concur.

GLADYS CLARK MERTZ and GLADYS CHESLEIGH MERTZ and MARY ELAINE MERTZ, Infants, by GLADYS CLARK MERTZ, Their Guardian ad Litem, Respondents, v. THE GUARANTY TRUST COMPANY OF NEW YORK, Defendant. GEORGE MCNEIR, Appellant.— Order continuing injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Lazansky, JJ., concur.

JOHN F. OVEREND, Appellant, v. THE FENTON REALTY COMPANY, INC., Respondent.— Order and judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Lazansky, JJ.